February 09, 2007

Mr. Chris J. Kling
901 Main Street, Suite 7100
Dallas, TX 75202

Ms. Eva C. Ramos
Skelton & Woody
P.O. Box 1609
Austin, TX 78767
Mr. Stuart Smith
Naman, Howell, Smith & Lee, L.L.P.
900 Washington Avenue, 7th Floor
Waco, TX 76701

Mr. Bill M. Payne
Payne, Watson, Miller, Malechek & Scherr, P.C.
P.O. Box 6900
Bryan, TX 77805

RE: Case Number: 05-0812
 Court of Appeals Number: 10-03-00365-CV
 Trial Court Number: 02-002362-CV-85 & 02-002383-CV-85

Style: STATE FARM LIFE INSURANCE COMPANY
 v.
 TONI WASSON MARTINEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Larry A. Catlin |
| |Mr. R. Hal Moorman |
| |Ms. Sharri Roessler |
| |Mr. Marc Hamlin |
| |Mr. Douglas W. |
| |Alexander |